Case 1:13-cv-07962-JCF Document 19 Filed 10/22/14 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTIAN CASTILLO,

                           Plaintiff,

   -against-

DOLLAR RENT A CAR, INC.

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

+ ORDER

**STIPULATION OF DISCONTINUANCE**

Docket No.: 13-CV-7962 (JCF)

IT IS HEREBY STIPULATED AND AGREED by the parties herein that the above-entitled action, together with all cross-claims and counterclaims, be and the same is, hereby discontinued, with prejudice and without costs to any party and this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       October 16, 2014

*[signature]*

RUBERT & GROSS P.C.
150 Broadway, Suite 712
New York, New York 10038
(212) 608-3103

*[signature]*

Paul Kovner, Esq.
Rubin, Fiorella & Friedman, LLP
630 Third Avenue
New York, NY 10017

10/23/14

SO ORDERED.

*James C. Francis IV*
USMJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/14